# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D23-1363
LT Case No. 2016-CF-8663-A
_____

BRYAN KEEFE GOGGINS, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


3.850 appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

Bryan Keefe Goggins, Jr, Milton, pro se.

Ashley Moody, Attorney General, and Michael Schaub, Assistant
Attorney General, Tallahassee, for Appellee.

October 10, 2023


PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____